[No. 66902-8-I.   Division One.   July 16, 2012.]

CF SALES, INC., ET AL., *Respondents*, v. CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-02551-7, Bruce W. Hilyer, J., entered March 4, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 66926-5-I.   Division One.   July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY DEAN SHIRK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-13077-7, John P. Erlick, J., entered April 4, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.

[No. 67028-0-I.   Division One.   July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM J. SPRY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-01507-1, Ira Uhrig, J., entered April 7, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Grosse, J.

[No. 67344-1-I.   Division One.   July 16, 2012.]

*In the Matter of the Dependency of* J.T.

JAMES THOMAS, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-7-02567-5, Patricia H. Clark, J., entered June 13, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Lau, JJ.